#### IN THE UNITED STATES COURT OF APPEALS
#### FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **ROY SARGEANT,** )<br>)<br>*Plaintiff-Appellant*, )<br>)<br>v.     )<br>)<br>**ARACELIE BARFIELD,** )<br>)<br>*Defendant-Appellee.* )<br>)<br>) | Case No. 21-2287<br><br>District Court Case No. 3:19-cv-50187<br><br>On Appeal from the U.S. District Court for the Northern District of Illinois (Johnston, J.) |

#### UNOPPOSED MOTION FOR EXTENSION OF
#### TIME TO FILE PETITION FOR REHEARING *EN BANC*

Pursuant to Federal Rule of Appellate Procedure 26(b) and Circuit Rule 26, Plaintiff-Appellant Roy Sargeant respectfully moves for a 31-day extension of time, to and including February 12, 2024, in which to file his petition for rehearing *en banc*. In support of his motion, Mr. Sargeant states as follows:

    1.    The panel issued its divided opinion in this appeal on November 28, 2023. Under Federal Rule of Appellate Procedure 40(a) and Circuit Rule 40, Mr. Sargeant's petition for rehearing *en banc* is currently due on January 12, 2024. Mr. Sargeant has not previously requested an extension of this deadline. Hirschel Decl. ¶ 5.

    2.    Good cause exists for the requested 31-day extension. The extension will enable Mr. Sargeant's appellate counsel, who have multiple other work commitments, to prepare and file the petition for rehearing *en banc*. *See* Cir. Rule 26(1); Hirschel Decl. ¶ 4. An extension of 31 days is also warranted because briefing will occur over the Hanukkah, Christmas, and New Year's holidays.

3. Counsel for Appellee-Defendant Barfield consents to the requested extension. Hirschel Decl. ¶ 6.

Dated: December 5, 2023                           Respectfully Submitted,

                                                  */s/ Andrew R. Hirschel*
Andrew T. Tutt                                    Andrew R. Hirschel
R. Stanton Jones                                  Jacob P. Saracino
ARNOLD & PORTER KAYE SCHOLER LLP                  ARNOLD & PORTER KAYE SCHOLER LLP
601 Massachusetts Ave., NW                        250 West 55th Street
Washington, DC 20001                              New York, NY 10019
(202) 942-5000                                    (212) 836-8000
Andrew.Tutt@arnoldporter.com                      Andrew.Hirschel@arnoldporter.com
Stanton.Jones@arnoldporter.com                    Jacob.Saracino@arnoldporter.com

*Attorneys for Roy Sargeant*

IN THE UNITED STATES COURT OF APPEALS
FOR THE SEVENTH CIRCUIT

| | |
|---|---|
| **ROY SARGEANT,** | )<br>) |
| *Plaintiff-Appellant,* | ) Case No. 21-2287<br>) |
| v. | ) District Court Case No. 3:19-cv-50187<br>) |
| **ARACELIE BARFIELD,** | ) On Appeal from the U.S. District Court for<br>) the Northern District of Illinois (Johnston, J.) |
| *Defendant-Appellee.* | )<br>) |

**AFFIDAVIT OF ANDREW HIRSCHEL IN SUPPORT OF MOTION
FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING *EN BANC***

I, **ANDREW HIRSCHEL**, declare pursuant to 28 U.S.C. § 1746 that the following is true and correct.

1. I am an attorney licensed to practice before this Court.

2. I represent Plaintiff-Appellant Roy Sargeant in this appeal.

3. This declaration is based on my personal knowledge.

4. I and the other attorneys at my firm who are serving as appellate counsel have additional commitments that will limit our ability to prepare a brief on the current schedule. *See* Cir. Rule 26(1).

5. Mr. Sargeant has not previously sought an extension of this deadline.

6. On December 4, 2023, counsel for the government consented to this extension.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct.

*/s/ Andrew R. Hirschel*
Andrew R. Hirschel
ARNOLD & PORTER KAYE SCHOLER LLP
*Attorney for Roy Sargeant*

3

## CERTIFICATE OF SERVICE

I hereby certify that on December 5, 2023, I have served a copy of the foregoing MOTION FOR EXTENSION OF TIME TO FILE PETITION FOR REHEARING *EN BANC* on all counsel via the Court's electronic filing system.

>   */s/ Andrew R. Hirschel*
>   Andrew R. Hirschel
>   ARNOLD & PORTER KAYE SCHOLER LLP
>   *Attorney for Roy Sargeant*